**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHNNY L. BRADLEY, Individually and on behalf of the wrongful death beneficiaries of Timica M. Bradley, deceased, and Deante Bradley, a minor, by and through his next friend and natural father, Johnny L. Bradley**                                    **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 4:03CV94LR**

**COOPER TIRE & RUBBER COMPANY, FORD MOTOR COMPANY and JOHN T. EBERT**                **DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiffs' Motion for Leave to File under Seal Exhibits to Plaintiff's Response to Cooper Tire & Rubber Company's Motion to Compel the Return of Inadvertently Produced Core Trade Secret Documents and Plaintiff's Motion to Compel Production of Previously Redacted Documents in an Unredacted Form and Motion to Amend Protective Order. Despite this unwieldy title, it appears that the only relief being sought by the Plaintiffs in this Motion is permission to submit certain confidential documents that will be used to support a responsive pleading under seal. To that extent, the Motion will be granted.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion for Leave to File under Seal Exhibits to Plaintiff's Response to Cooper Tire & Rubber Company's Motion to Compel the Return of Inadvertently Produced Core Trade Secret Documents and Plaintiff's Motion to Compel Production of Previously Redacted Documents in an Unredacted Form and Motion to Amend Protective is hereby **granted**, as explained above.

IT IS SO ORDERED, this the 9th day of February, 2007.

                                                                               s/Linda R. Anderson
                                                      UNITED STATES MAGISTRATE JUDGE