**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHNNY L. BRADLEY, Individually and on behalf**
**of the wrongful death beneficiaries of Timica M.**
**Bradley, deceased, and Deante Bradley, a minor, by**
**and through his next friend and natural father,**
**Johnny L. Bradley**                                                             **PLAINTIFF**

**VS.**                                                                      **CIVIL ACTION NO. 4:03CV94LR**

**COOPER TIRE & RUBBER COMPANY, FORD**
**MOTOR COMPANY and JOHN T. EBERT**                    **DEFENDANTS**

**ORDER**

This matter came before the court on a request by counsel for the Plaintiffs that the court set forth a procedure for execution of the court's Order denying his Motion to File Responses to Certain Motions under Seal. That Order, which was entered earlier today, denied his request for anticipatory sealing of documents, but invited him to submit individual requests with regard to each document sought to be sealed. Because filing deadlines for these pleadings are imminent, the court is of the opinion that it is appropriate to give the parties further instruction.

IT IS, THEREFORE, ORDERED as follows:

1. For each pleading sought to be sealed, the submitting party shall, if possible, prepare a brief motion to seal that discusses, in generalities, the reason for sealing that document. If it is possible to discuss the reasons for sealing without divulging confidential information, the motion will be filed electronically. If it is not possible to generally discuss the issue, the motion may be hand delivered to the chambers of the undersigned without filing, but it must be contemporaneously served on counsel of record.

2. At or near the time that the motion to seal is filed or submitted, the submitting party shall also deliver to the undersigned a copy of the pleading sought to be sealed. Delivery of the pleading to the undersigned will be deemed as filing for purposes of meeting any filing deadline. The envelope containing the document will be marked as follows: "Bradley Pleadings – to be Reviewed for Sealing."

3. The court will make every effort to review the documents shortly after submission to determine whether they should be sealed. As soon as that determination is made, an Order to that effect will be entered electronically. If the documents are not sealed, they will be held in this office for one working day, in order that the submitting party may seek emergency review from the District Judge. If the documents are sealed, they will be sent to the Clerk with a copy of the sealing Order.

4. The court assumes that counsel for the Defendants has no objection to these documents' being sealed, as was represented to the court in the earlier Motion. Counsel for the submitting party is responsible for service of all pleadings on the other parties.

IT IS SO ORDERED, this the 9th day of February, 2007.

                                                       s/Linda R. Anderson
                                       UNITED STATES MAGISTRATE JUDGE