**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JOHNNY L. BRADLEY, Individually and on behalf
of the wrongful death beneficiaries of Timica M.
Bradley, deceased, and Deante Bradley, a minor, by
and through his next friend and natural father,
Johnny L. Bradley**                                         **PLAINTIFF**

**VS.**                                                           **CIVIL ACTION NO. 4:03CV94LR**

**COOPER TIRE & RUBBER COMPANY, FORD
MOTOR COMPANY and JOHN T. EBERT**                           **DEFENDANTS**

## ORDER

This matter came before the court on the following Motions:

1. Plaintiff's Motion to File Plaintiff's Motion to Unseal Documents and Memorandum under Seal;

2. Plaintiff's Motion to File Plaintiff's Response in Opposition to Cooper Tire & Rubber Company's "Motion for Partial Summary Judgment on Plaintiffs' Claim for Punitive Damages" and Memorandum of Law under Seal, or, in the Alternative, to Declare Said Pleadings and Documents Unprotected and Notice of Filing Non-Confidential Exhibits; and

3. Plaintiff's Motion to File Plaintiff's Response in Opposition to Cooper Tire & Rubber Company's "Motion for Summary Judgment on Design Defect Claims" and Memorandum of Law under Seal or, in the Alternative, to Declare Said Pleadings and Documents Unprotected and Notice of Filing Non-Confidential Exhibits.

Each of these Motions seeks to seal certain documents, pursuant to a Protective Order earlier entered by the court, and in accordance with the Orders entered by the court on February 9, 2007.

The court has reviewed the Motions and is of the opinion that the material at issue would be subject to sealing under the terms of the Protective Order.

IT IS, THEREFORE, ORDERED that the following Motions are hereby **granted**:

1. Plaintiff's Motion to File Plaintiff's Motion to Unseal Documents and Memorandum under Seal;

2. Plaintiff's Motion to File Plaintiff's Response in Opposition to Cooper Tire & Rubber Company's "Motion for Partial Summary Judgment on Plaintiffs' Claim for Punitive Damages" and Memorandum of Law under Seal, or, in the Alternative, to Declare Said Pleadings and Documents Unprotected and Notice of Filing Non-Confidential Exhibits; and

3. Plaintiff's Motion to File Plaintiff's Response in Opposition to Cooper Tire & Rubber Company's "Motion for Summary Judgment on Design Defect Claims" and Memorandum of Law under Seal or, in the Alternative, to Declare Said Pleadings and Documents Unprotected and Notice of Filing Non-Confidential Exhibits.

The documents at issue will be delivered to the Clerk for filing under seal, along with a copy of this Order.

IT IS SO ORDERED, this the 16th day of February, 2007.

    s/Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE