**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JOHNNY L. BRADLEY, Individually and on behalf
of the wrongful death beneficiaries of Timica M.
Bradley, deceased, and Deante Bradley, a minor, by
and through his next friend and natural father,
Johnny L. Bradley**                                                                            **PLAINTIFF**

**VS.**                                                                  **CIVIL ACTION NO. 4:03CV94LR**

**COOPER TIRE & RUBBER COMPANY, FORD
MOTOR COMPANY and JOHN T. EBERT**                                       **DEFENDANTS**

## ORDER

This matter came before the court on several Motions, many of which make arguments already considered and ruled upon by the court.. The court, having considered those Motions,

IT IS, THEREFORE, ORDERED, as follows:

1. Plaintiff's Motion to Expand Time Period of Discovery Order is hereby **denied**.

2. Plaintiff's Motion to Compel and or Motion for Defense to Provide Documents *in Camera* is hereby **denied**.

3. Defendant Cooper Tire & Rubber Company's Motion to Compel the Return of Inadvertently Produced Core Trade Secret Documents is hereby **granted**. The documents in question should be returned by March 13, 2007, which will give the Plaintiffs an opportunity to appeal this issue to the District Judge.

4. Plaintiff's Motion to Unseal Document is hereby **denied**.

5. Defendant Cooper Tire's Motion for Reconsideration is hereby **denied**.

6. Plaintiff's Motion to Seal Plaintiff's Supplement to Motion to Unseal and Plaintiff's Response to Cooper's Motion to Compel the Return of Inadvertently Produced Core Trade Secret Documents is hereby **granted**.

7. Plaintiff's Motion to Seal Plaintiff's Reply to Cooper's Response to Plaintiff's Motions Regarding Redaction of Trade Secrets and Amendment of the Court's March 2005 Protective Order is hereby **granted**.

IT IS SO ORDERED, this the 28th day of February, 2007.

                                           s/Linda R. Anderson
                                 UNITED STATES MAGISTRATE JUDGE