IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNY L. BRADLEY, Individually and
on behalf of the wrongful death beneficiaries
of TIMICA M. BRADLEY, Deceased, and
DEANTE BRADLEY, a minor, by and
through his next friend and natural father,
JOHNNY L. BRADLEY                                                                   PLAINTIFFS

VS.                                                               CIVIL ACTION NO. 4:03cv94-DPJ-JCS

COOPER TIRE & RUBBER COMPANY, et al.                                  DEFENDANTS

ORDER

This cause is before the court on two motions concerning the sealing of portions of the file. In their motion for leave to file certain exhibits under seal [452], Plaintiffs seek to file under seal the following documents as exhibits to Plaintiffs' Supplemental Evidence in Support of Certain Ford Motor Company Motions [453]: The transcript of the visual affidavit of David Renfroe, Ph.D., P.E., taken June 5, 2007, which Plaintiffs seek to file as Exhibit A; DVD containing a videotape of the visual affidavit of Dr. Renfroe, taken June 5, 2007, which Plaintiffs seek to file as Exhibit B; and the written affidavit of Dr. Renfroe dated June 13, 2007, which Plaintiffs seek to file as Exhibit C. Also before the court is Defendants' motion to seal the Field Review Committee notes of Gabriel De Venezuela, which has been filed as an exhibit to two separate documents: Exhibit 2 to Exhibit C to Plaintiffs' Supplemental Evidence in Support of Certain Ford Motor Company Motions [453], and Exhibit B to Ford Motor Company's Memorandum in Support of First Motion in Limine No. 7 to Exclude Evidence Regarding the Firestone Tire Recall, Firestone Tire Failures in Other Countries [359].

The motions are hereby granted. Plaintiffs are given leave to file under seal Exhibits A, B and C to Plaintiffs' Supplemental Evidence in Support of Certain Ford Motor Company Motions [453], and the Clerk is directed to place under seal the following documents which are already a part of the court file: Exhibit 2 to Exhibit C to Plaintiffs' Supplemental Evidence in Support of Certain Ford Motor Company Motions [453], and Exhibit B to Ford Motor Company's Memorandum in Support of First Motion in Limine No. 7 to Exclude Evidence Regarding the Firestone Tire Recall, Firestone Tire Failures in Other Countries [359].

SO ORDERED this the 17th day of July, 2007.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE