IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNY L. BRADLEY, Individually and
on behalf of the wrongful death beneficiaries
of TIMICA M. BRADLEY, Deceased, and
DEANTE BRADLEY, a minor, by and
through his next friend and natural father,
JOHNNY L. BRADLEY                                                                  PLAINTIFFS

VS.                                                            CIVIL ACTION NO. 4:03cv94-DPJ-JCS

COOPER TIRE & RUBBER COMPANY, et al.                                               DEFENDANTS

### ORDER

This cause is before the court on Plaintiffs' motion to file under seal "Plaintiffs' Objections to Magistrate Judge Order Dated February 28, 2007 and Request for Oral Argument," along with Exhibits D, I, L, N, O, P, Q, S and T thereto. Defendants have not opposed the motion. Accordingly, the motion is hereby granted. The Clerk is directed to file under seal the afore-described documents, which are in a sealed envelope in the court file and entitled "Requested to be Filed Under Seal."

SO ORDERED this the 17th day of July, 2007.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE