IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHNNY L. BRADLEY, Individually and on behalf of the Wrongful Death Beneficiaries of TIMICA M. BRADLEY, Deceased, and DEANTE BRADLEY, a Minor, by and through His Next Friend and Natural Father, JOHNNY L. BRADLEY, <br><br>　　　　Plaintiff, <br><br>v. <br><br>COOPER TIRE & RUBBER COMPANY and FORD MOTOR COMPANY, <br><br>　　　　Defendants. | CIVIL ACTION NUMBER: <br>4:03cv00094-DPJ-JCS |

**FINAL JUDGMENT FOR**
**COOPER TIRE & RUBBER COMPANY**

This action was tried to a jury beginning August 27, 2007. On September 6, 2007, plaintiffs agreed to dismiss defendant Cooper Tire & Rubber Company ("Cooper Tire") with prejudice in consideration for Cooper Tire not seeking to recover costs from plaintiffs. It therefore is ORDERED AND ADJUDGED that all claims against Cooper Tire are dismissed with prejudice. Each party is to bear its own costs. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court expressly finds there is no just reason for delay and directs the Clerk to enter final judgment in favor of Cooper Tire.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2007.

　　　　　　　　　　　　　　　　s/ *Daniel P. Jordan III*
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE