IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOHNNY L. BRADLEY, Individually ) <br> and on behalf of the Wrongful Death ) <br> Beneficiaries of TIMICA M. BRADLEY, ) <br> Deceased, and Deante Bradley, a Minor, ) <br> by and through His Next Friend and ) <br> Natural Father, JOHNNY L. BRADLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COOPER TIRE & RUBBER COMPANY, ) <br> FORD MOTOR COMPANY, et al., ) <br> ) <br> Defendants. ) | CASE NUMBER: 4:03CV94-DPJ-JCS |

**FINAL JUDGMENT**

This action came on for trial before the Court and a jury, Honorable Daniel P. Jordan III, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict for the Defendant, Ford Motor Company,

IT IS ORDERED AND ADJUDGED that the Plaintiffs, Johnny L. Bradley, Individually and on Behalf of the Wrongful Death Beneficiaries of Timica M. Bradley, Deceased, and Deante Bradley, A Minor, by and through His Next Friend and Natural Father, Johnny L. Bradley, shall recover nothing of the Defendant, Ford Motor Company.

All claims and all rights and liabilities between the Plaintiffs and Ford Motor Company in this action having been adjudicated, it is ORDERED and ADJUDGED that the Plaintiffs' claims

against Ford Motor Company are finally dismissed, with all costs taxed to the Plaintiffs.

      **SO ORDERED AND ADJUDGED** this the 13th day of September, 2007.

                                      s/ *Daniel P. Jordan III*
                                      UNITED STATES DISTRICT JUDGE