IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNY L. BRADLEY, Individually and
on behalf of the Wrongful Death Beneficiaries
of Timica M. Bradley, Deceased, and Deante
Bradley, a Minor, by and through His Next
Friend and Natural Father, Johnny L. Bradley                              PLAINTIFFS

VS.                                             CIVIL ACTION NO. 4:03cv94-DPJ-JCS

COOPER TIRE & RUBBER COMPANY, et al.                                      DEFENDANTS

ORDER

This cause is before the court on the motion of Defendant Cooper Tire & Rubber Company (Cooper Tire) to compel production by Kyle Farrar of a certain receipt provided by the Clerk of this court for payment of copies obtained by Mr. Farrar or his agent from the court file in this case. Although the motion and two supplements were served on Mr. Farrar, he has failed to file any opposition or response to the motion. The court concludes that the motion should be granted in part and denied in part. The court accepts Mr. Farrar's representation, made to counsel for Cooper Tire, that he is no longer in possession of the receipt. Accordingly, he is hereby directed to provide Cooper Tire's counsel with the following information, on or before August 7, 2009:

2. The date on which the copies were obtained from this court;

3. The identity of the person obtaining the copies; and

4. Any other information that was contained on the receipt, to the best of his and his agent's knowledge.

The Clerk is directed to mail a copy of this order to the following address:

Mr. Kyle W. Farrar
Farrar& Ball
1010 Lamar, Suite 1600
Houston, TX 77002

The Clerk is further directed to transmit a copy of this order to Mr. Farrar by fax to 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.

SO ORDERED this the 30th day of July, 2009.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE